# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABIN TONFACK, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 3:13-2996 |
| v. | : |
| | : (Judge Mannion) |
| ERIC H. HOLDER, et al., | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment (Doc. 6), is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against Plaintiff.

2. Plaintiff's motion for discovery (Doc. 11) and motion to vacate this Court's order granting Defendants' motion for a protective order (Doc. 17) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 9, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2996-01-ORDER.wpd