# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABIN TONFACK, | : |
| Plaintiff | : |
| | CIVIL ACTION NO. 3:13-2996 |
| v. | : |
| | (Judge Mannion) |
| ERIC H. HOLDER, et al., | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration of this Court's September 9, 2014, Memorandum and Order granting Defendants' motion to dismiss and for summary judgment (Doc. 27), is **DENIED**.

                                                             s/ *Malachy E. Mannion*
                                                             **MALACHY E. MANNION**
                                                             **United States District Judge**

**Dated: September 8, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2996-02-ORDER-wpd.wpd